FERGUSON *vs.* JONES.

A party asking to *quash* a writ not yet returnable, is entitled to a rule to *supersede* the writ, if his notice contains a *general prayer*, that is, for such other order, &c.

THE plaintiff moved to *quash* a *certiorari* issued to remove November 20. this cause from the common pleas of New-York. The writ not being returnable until *January* next, the defendant objected that the motion to *quash* was irregular; that the plaintiff should have moved to *supersede* the writ; and cited Tidd's Pr. 385. In answer to which, it was said that the notice was of a motion to quash the writ, or *for such other order* as the court should think proper to make.

Mr. Justice SUTHERLAND ruled, that under the *general prayer*, the plaintiff was entitled to an order to *supersede*, and granted a rule accordingly.